BEFORE: WILLIAM D. WALL                                    DATE: 3/06/12

UNITED STATES MAGISTRATE JUDGE                    TIME: 10:00 AM

DOCKET NO.   CV 11-0465                                    ASSIGNED JUDGE: HURLEY

CASE NAME:  LIGHT V. ADC INDUSTRIES, INC., ET AL.

CIVIL CONFERENCE

Initial _____   Status _____   Settlement __X__   Pretrial _____   Other:_____

APPEARANCES:   Plaintiff     Penn Dodson


                   Defendant   Peter Tomao


**SCHEDULING:** The next __ conference will be held on __ at __.

**THE FOLLOWING RULINGS WERE MADE:**

☐  Scheduling Order entered.

☐  The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐  Referred to mediation by separate order.

☐  The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

X  Other: Ther case is settled. The plaintiff shall file a stipulation of discontinuance with Judge Hurley.

                                              SO ORDERED

                                              /s/William D. Wall
                                              WILLIAM D. WALL
                                              United States Magistrate Judge